# UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        *Plaintiff*,<br><br>    v.<br><br>DEERE & COMPANY;<br><br>PRECISION PLANTING LLC;<br>and<br><br>MONSANTO COMPANY,<br><br>        *Defendants*. | Civil Action No. 1:16-cv-08515<br><br>Judge Chang<br><br>Magistrate Judge Weisman |

## JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

Pursuant to Federal Rule of Civil Procedure 26(c) and Local Rule 26.2, the parties jointly move the Court for entry of a Confidentiality Protective Order to govern the production and use of documents and information during the pretrial phase in this action. The Proposed Confidentiality Protective Order is attached as Exhibit A to this motion. A redline showing all changes from the Form LR26.2 Model Confidentiality Order is attached as Exhibit B to this motion. The parties believe the departures from the Model are appropriate to address the particular circumstances of this action, and are happy to address any questions the Court may have. Given the parties' agreement on this Proposed Order and the parties' desire to proceed expeditiously, we respectfully request the Court's consideration to this motion as soon as the Court's schedule permits.

Dated: September 22, 2016

/s/ William H. Jones II
William H. Jones II
Kelsey W. Shannon
U.S. Department of Justice
Antitrust Division, Litigation III Section
450 Fifth Street, NW #4000
Washington, D.C. 20530
Telephone: (202) 515-0230
Facsimile: (202) 514-7308
bill.jones2@usdoj.gov

*Counsel for Plaintiff United States of America*

/s/ Roxann E. Henry
Roxann E. Henry
David Meyer
Morrison & Foerster LLP
2000 Pennsylvania Ave. NW, Suite 6000
Washington, DC. 20006
Telephone: (202) 887-1594
Facsimile: (202) 887-0763
rhenry@mofo.com

*Counsel for Defendant Deere & Company*

/s/ Paul H. Friedman
Paul H. Friedman
DECHERT LLP
1900 K Street NW
Washington, DC. 20006
Telephone: (202) 261-3300
Facsimile: (202) 261-3333
paul.friedman@dechert.com

*Counsel for Defendants Precision Planting LLC and Monsanto Company*