UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>  v.<br><br>DEERE & COMPANY;<br><br>PRECISION PLANTING LLC;<br>and<br><br>MONSANTO COMPANY,<br><br>        Defendants. | Case No. 1:16-cv-08515<br><br>Judge Chang<br><br>Magistrate Judge Weisman |

## **[PROPOSED] REVISED SCHEDULING AND CASE MANAGEMENT ORDER**

| Event | Deadline |
|---|---|
| Defendants serve proposed redactions on 50 sample exhibits (as provided in the Court's Order Governing Designation and Use of Confidential Information at Trial ("Confidentiality Order")) | February 22, 2017 |
| Non-party confidentiality designations for trial exhibits (per Confidentiality Order) | February 22, 2017 |
| Meet and confer regarding disputes as to confidential treatment for United States' 50 sample exhibits (per Confidentiality Order) | February 27, 2017 |
| Joint brief regarding disputes as to confidential treatment for United States' 50 sample trial exhibits (per Confidentiality Order) | March 3, 2017 |
| Non-Parties file motion for protective order for contested confidentiality designations (per Confidentiality Order) | March 3, 2017 |

| | |
|---|---|
| Each side exchanges its objections to the other side's exhibits and opening deposition designations and its deposition counter-designations | March 6, 2017 |
| Motion for Protective Order for Non-Party Uncontested Confidential Exhibits (per Confidentiality Order) | March 6, 2017 |
| Each side serves proposed stipulations and uncontested facts | March 8, 2017 |
| Close of Expert Discovery | March 10, 2017 |
| Hearing regarding disputes as to confidential treatment for United States' 50 sample trial exhibits (per Confidentiality Order) | March 10, 2017 |
| Hearing regarding Motion for Protective Order for Non-Party Confidential Exhibits (per Confidentiality Order) | March 10, 2017 |
| Parties meet and confer regarding motions *in limine* | March 13, 2017 |
| Status hearing | March 15, 2017, at 10:00 a.m. |
| Parties meet and confer regarding proposed stipulations and uncontested facts | March 16, 2017 |
| Each side exchanges its objections to the other side's deposition counter-designations and its counter-counter-designations | March 17, 2017 |
| Motions *in limine* to be filed | March 17, 2017 |
| Defendants notify United States regarding objections to remaining confidential trial exhibits and deposition designations (per Confidentiality Order) | March 27, 2017 |
| Joint Pretrial Submission | March 28, 2017 |
| Oppositions to motions *in limine* to be filed | March 31, 2017 |
| Parties meet and confer regarding Defendants' objections and redactions for remaining confidential trial exhibits and deposition designations (per Confidentiality Order) | April 6, 2017 |

1

| | |
|---|---|
| Parties meet and confer regarding objections to exhibits and deposition designations | April 7, 2017 |
| Each side exchanges exhibits to be used at trial solely for the purpose of impeaching/refreshing recollection of an expert witness | April 7, 2017 |
| Replies in support of motions *in limine* to be filed | April 10, 2017 |
| Joint brief regarding Defendant's objections and redactions for remaining confidential trial exhibits and deposition designations (per Confidentiality Order) | April 10, 2017 |
| Parties submit pretrial briefs | April 10, 2017 |
| Parties submit proposed trial exhibits to the Court | April 14, 2017 |
| Hearing regarding Defendant's objections and redactions for remaining confidential trial exhibits and deposition designations (per Confidentiality Order) | April 26, 2017, at 9:30 a.m. |
| Pretrial Conference | April 26, 2017, at 9:30 a.m. |
| Parties submit final trial exhibits to the Court | May 26, 2017 |
| Trial | June 5-9, 19-23, 26-30, July 3, 5 |

SO ORDERED: March 14, 2017

      s/Edmond E. Chang
Honorable Edmond E. Chang
United States District Judge