UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   *Plaintiff*,<br> v.<br><br>DEERE & COMPANY;<br><br>PRECISION PLANTING LLC;<br><br>and<br><br>MONSANTO COMPANY;<br><br>   *Defendants*. | Case No. 1:16-cv-08515 |

### **[PROPOSED] JOINT PRETRIAL ORDER**

Pursuant to Local Rule 16.1(6), this Court's Standing Order on Pretrial Procedures, and the Second Revised Case Management Order entered by the Court on March 14, 2017 (Dkt. 209), the parties respectfully submit this [Proposed] Joint Pretrial Order.

**I. JURISDICTION**

The parties agree that this Court has subject matter jurisdiction over this action under Section 15 of the Clayton Act, 15 U.S.C. § 25. The parties further agree that this Court has personal jurisdiction over each Defendant.

**II. TRIAL ATTORNEYS**

 **A. United States' Trial Attorneys**

The following attorneys will try the case for the United States:

1

| | |
|---|---|
| Bill Jones | Lisa Scanlon |
| (202) 514-0230 | (202) 616-5954 |
| Bill.Jones2@usdoj.gov | Lisa.Scanlon@usdoj.gov |
| | |
| Lee F. Berger | Adam C. Speegle |
| (202) 598-2698 | (202) 616-5932 |
| Lee.Berger@usdoj.gov | Adam.Speegle@usdoj.gov |
| | |
| Katherine Celeste | Paul Torzilli |
| (202) 532-4713 | (202) 514-8349 |
| Katherine.Celeste@usdoj.gov | Paul.Torzilli@usdoj.gov |
| | |
| Robin S. Crauthers | Jeffrey G. Vernon |
| (202) 598-8129 | (202) 598-8197 |
| Robin.Crauthers@usdoj.gov | Jeffrey.Vernon@usdoj.gov |
| | |
| Andrew J. Ewalt | Rachel Zwolinski |
| (202 532-4181 | (202) 307-1373 |
| Andrew.Ewalt@usdoj.gov | Rachel.Zwolinski@usdoj.gov |

Steven Kramer
(202) 307-0997
Steven.Kramer@usdoj.gov


The business address for each of Plaintiff's attorneys is:

U.S. Department of Justice, Antitrust Division
Suite 4000 450 Fifth Street, NW
Washington, DC 20001


**B.     Defendants' Trial Attorneys**

The following attorneys will try the case for Defendants:

| | |
|---|---|
| John M. Majoras | Paula W. Render (6237954) |
| Debra R. Belott | JONES DAY |
| JONES DAY | 77 West Wacker Drive |
| 51 Louisiana Ave. Nw. | Chicago, IL 60601-1692 |
| Washington, DC 20001 | (312) 782-3939 |
| (202) 879-3939 | prender@jonesday.com |
| jmmajoras@jonesday.com | |
| dbelott@jonesday.com | Thomas Demitrack |
| | JONES DAY |

2

| | |
|---|---|
| North Point<br>901 Lakeside Avenue<br>Cleveland, OH 44114-1190<br>(216) 586-3939<br>tdemitrack@jonesday.com | Michael L. Weiner<br>Morgan J. Feder<br>Samuel Stelk<br>DECHERT LLP<br>1095 Avenue of the Americas |
| Demme Doufekias<br>MORRISON & FOERSTER LLP<br>2000 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20006<br>(202) 887-1500<br>ddoufekias@mofo.com | New York, NY 10036<br>212.698.3500<br>Michael.Weiner@dechert.com<br>Morgan.Feder@dechert.com<br>Samuel.Stelk@dechert.com |
| | Wrede Smith<br>ARNOLD & PORTER |
| *Counsel for Defendant*<br>*Deere & Company* | KAYE SCHOLER LLP<br>601 Massachusetts Avenue, NW |
| Paul H. Friedman<br>Brian Rafkin<br>DECHERT LLP<br>1900 K Street, NW<br>Washington, D.C. 20006<br>202.261.3300<br>Paul.Friedman@dechert.com<br>Brian.Rafkin@dechert.com | Washington, D.C. 20001<br>202.942.5000<br>Wrede.Smith@apks.com<br>*Counsel for Defendants*<br>*Precision Planting LLC and*<br>*Monsanto Company* |

### III. CASE STATEMENT

The United States alleges that Deere's planned acquisition of Precision Planting is likely to substantially lessen competition in the market for high-speed precision planting systems in violation of Section 7 of the Clayton Act. Defendants deny each of the United States' allegations and argue, *inter alia*, that the acquisition is procompetitive and that "high-speed precision planting systems" is not a relevant antitrust product market. Defendants further contend that the various licenses and other agreements they have entered into with Ag Leader Technology, CNH Industrial, and AGCO will increase post-merger competition and fully address the United States' concerns. The United States contends that these proposed licenses and agreements, if entered and executed, would nonetheless be insufficient to remedy the likely

substantial anticompetitive harm from the acquisition. The parties will more fully describe their positions in their respective pretrial briefs, which will be filed on April 10, 2017.

## IV. TRIAL LENGTH

### A. Trial Length

Pursuant to the Second Revised Case Management Order (Dkt. 209), trial in this case is scheduled to take place over 17 days on June 5-9, June 19-23, June 26-30, and July 3 and 5.

### B. Time for Opening & Closing

The parties propose the following time limits:

| | |
|---|---|
| Opening Statements | One hour per side |
| Closing Arguments and Plaintiff's Rebuttal | Two hours per side |

The parties disagree on the extent to which some or all of the closing arguments should be conducted following post-trial briefing. The United States proposes that closing arguments should be conducted, in their entirety, following any post-trial briefing. Defendants propose that each side give 30-minute closing arguments at the close of evidence and 90-minute closing arguments following any post-trial briefing.

### C. Hours of Witness Examination

If closing arguments occur following post-trial briefing, Plaintiff anticipates using 53 hours for witness examination and Defendants anticipate using 47 hours for witness examination. If one half-hour of trial time is instead set aside for a portion of each side's closing arguments at the close of evidence, Plaintiff anticipates using 52.5 hours for witness examination and Defendants anticipate using 46.5 hours for witness examination. Time limits for each side reflect the time that side will use, including on Plaintiff's rebuttal, for the examination of (1) witnesses called by that party, and (2) witnesses called by the opposing

party.

## V.     PARTIES' STIPULATIONS AND UNCONTESTED FACTS

The parties' Stipulations and Uncontested Facts are attached as Exhibits A and B.

## VI.    WITNESS DESCRIPTION LISTS

Plaintiff's Final Trial Witness List is attached as Exhibit C.

Defendants' Final Trial Witness List is attached as Exhibit D.

## VII.   EXHIBITS AND EXHIBIT CHARTS

Pursuant to the Second Revised Case Management Order (Dkt. 209), the parties will submit their proposed trial exhibits to the Court on April 14, 2017.  The parties will also submit the associated exhibit charts to the Court at that time.

## VIII.  DEPOSITION DESIGNATIONS

Pursuant to the Second Revised Case Management Order (Dkt. 209), the parties will meet and confer regarding deposition designations on April 7, 2017.  Pursuant to the Court's Order of March 26, 2017 (Dkt. 221), the parties will propose a revised schedule for the remaining confidentiality conferral and review dates, which will include the date by which the parties will submit to the Court a joint brief that will include, *inter alia*, a chart of deposition designations and objections that conforms to the requirements set out in the Court's Standing Order on Pretrial Procedures.

## IX.    RELIEF SOUGHT

The United States requests: (a) that Deere's proposed acquisition of Precision Planting be adjudged to violate Section 7 of the Clayton Act, 15 U.S.C. § 18; (b) that the Defendants be permanently enjoined and restrained from carrying out the planned acquisition of Precision Planting by Deere or any other transaction that would combine the two companies; (c) that the United States be awarded costs of this action; and (d) that the United States be awarded such

5

other relief as the Court may deem just and proper.

## X. MOTIONS IN LIMINE

### A. United States' Motion in Limine

Motion by the United States to exclude Defendants' proposed exhibit, "Ag Leader Business Plan for High Speed Planting Products" (DX-37), filed on March 17, 2017. Defendants' opposition is due to be filed on March 31, 2017, with any reply to be filed on April 10, 2017.

### B. Defendants' Motions in Limine

Defendants filed no motions in limine.

## XI. VOIR DIRE QUESTIONS

Not Applicable

## XII. JURY INSTRUCTIONS AND VERDICT FORMS

Not Applicable

Dated: _____  _____
                                                              Honorable Edmond E. Chang

Respectfully submitted,

*/s/* William H. Jones  
William H. Jones II  
U.S. Department of Justice  
Antitrust Division, Litigation III Section  
450 Fifth Street, NW #4000  
Washington, D.C. 20530  
Telephone: (202) 515-0230  
Facsimile: (202) 514-7308  
bill.jones2@usdoj.gov  

*Counsel for Plaintiff United States of America*

*/s/* John M. Majoras  
John M. Majoras  
JONES DAY  
51 Louisiana Ave. N.W.  
Washington, DC 20001  
Telephone: (202) 879-7652  
Facsimile: (202) 626-1700  
jmmajoras@jonesday.com  

*Counsel for Defendant Deere & Company*

*/s/* Paul H. Friedman  
Paul H. Friedman  
DECHERT LLP  
1900 K Street NW  
Washington, DC. 20006  
Telephone: (202) 261-3300  
Facsimile: (202) 261-3333  
paul.friedman@dechert.com  

*Counsel for Defendants Precision Planting LLC and Monsanto Company*

**CERTIFICATE OF SERVICE**

    I, Conor Craft, certify that on March 28, 2017, I caused a true and correct copy of the foregoing to be filed with the Clerk of the Court using the CM/ECF system, which will send notice of the electronic filing to all counsel of record.

                                                                   */s/* Conor Craft
                                                                   Conor Craft