UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>  v.<br><br>DEERE & COMPANY;<br><br>PRECISION PLANTING LLC;<br>and<br><br>MONSANTO COMPANY,<br><br>    Defendants. | Case No. 1:16-cv-08515<br><br>Judge Chang<br><br>Magistrate Judge Weisman |

## THIRD REVISED SCHEDULING AND CASE MANAGEMENT ORDER

| Event | Deadline |
|---|---|
| Oppositions to motions *in limine* to be filed | March 31, 2017 |
| Defendants notify United States regarding objections to remaining confidential trial exhibits and deposition designations (per Confidentiality Order) | April 5, 2017 |
| Parties meet and confer regarding objections to exhibits and deposition designations | April 7, 2017 |
| Each side exchanges exhibits to be used at trial solely for the purpose of impeaching/refreshing recollection of an expert witness | April 7, 2017 |
| Replies in support of motions *in limine* to be filed | April 10, 2017 |
| Parties submit pretrial briefs | April 10, 2017 |

1

| | |
|---|---|
| Parties submit proposed trial exhibits to the Court | April 14, 2017 |
| Parties meet and confer regarding Defendants' objections and redactions for remaining confidential trial exhibits and deposition designations (per Confidentiality Order) | April 14-18, 2017 |
| Joint brief regarding Defendants' objections and redactions for remaining confidential trial exhibits and deposition designations (per Confidentiality Order) | April 24, 2017 |
| Hearing regarding Defendant's objections and redactions for remaining confidential trial exhibits and deposition designations (per Confidentiality Order) | April 26, 2017, at 9:30 a.m. |
| Pretrial Conference | April 26, 2017, at 9:30 a.m. |
| Parties submit final trial exhibits to the Court | May 26, 2017 |
| Trial | June 5-9, 19-23, 26-30, July 3, 5 |

**SO ORDERED: April 4, 2017**

Judge Edmond E. Chang
UNITED STATES DISTRICT JUDGE