## IN THE UNITED STATES DISTRICT COURT FOR
## THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| *Plaintiff*, | |
| v. | Civil Action No. 1:16-cv-08515 |
| DEERE & COMPANY; | Judge Chang |
| PRECISION PLANTING LLC; | Magistrate Judge Weisman |
| and | |
| MONSANTO COMPANY, | |
| *Defendants*. | |

## STIPULATION OF DISMISSAL

In view of the announcement that defendant Monsanto Company has terminated the

Master Purchase Agreement dated as of November 2, 2015 with Deere & Company for the

acquisition of Precision Planting LLC, which was the subject of this litigation, and pursuant to

Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the United States of America

voluntarily dismisses without prejudice the claims asserted in this action against Defendants.

Defendants stipulate to dismissal of these claims.

Dated: May 1, 2017

Respectfully submitted,

*/s/ William H. Jones*
William H. Jones II
U.S. Department of Justice
Antitrust Division, Litigation III Section
450 Fifth Street, NW #4000
Washington, D.C. 20530
Telephone:  (202) 515-0230
Facsimile:  (202) 514-7308
bill.jones2@usdoj.gov

*Counsel for Plaintiff*
*United States of America*

/s/ John M. Majoras
John M. Majoras (admitted *pro hac vice*)
Michael S. Fried (admitted *pro hac vice*)
Debra R. Belott (admitted *pro hac vice*)
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001
Telephone:  (202) 879-3939
Facsimile: (202) 626-1700
jmmajoras@jonesday.com
msfried@jonesday.com
dbelott@jonesday.com

Paula W. Render (Bar. No. 6237954)
JONES DAY
77 West Wacker Drive
Chicago, IL 60601-1692
Telephone:  (312) 782-3939
Facsimile: (312) 782-8585
prender@jonesday.com

Thomas Demitrack (admitted *pro hac vice*)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212
tdemitrack@jonesday.com

Roxann E. Henry (admitted *pro hac vice*)
Jonathan S. Gowdy (admitted *pro hac vice*)
David D. Cross (admitted *pro hac vice*)
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone:  (202) 887-1500
Facsimile:  (202) 887-0763
RHenry@mofo.com
JGowdy@mofo.com
DCross@mofo.com

Ronald S. Safer (6186143)
Patricia Brown Holmes (6194645)
Matthew J. Fischer (6224916)
Valarie Hays (6272380)
RILEY SAFER HOLMES & CANCILA LLP
Three First National Plaza
70 W. Madison Street, Suite 2900
Chicago, Illinois 60602
Telephone: (312) 471-8700
rsafer@rshc-law.com
pholmes@rshclaw.com
mfischer@rshc-law.com
vhays@rshc-law.com

**Attorneys for Defendant**
**DEERE & COMPANY**


/s/ Paul H. Friedman
Paul H. Friedman (admitted *pro hac vice*)
Brian Rafkin (admitted *pro hac vice*)
DECHERT LLP
1900 K Street, NW
Washington, D.C. 20006
Telephone:  (202) 261-3300
Paul.Friedman@dechert.com

Michael L. Weiner (admitted *pro hac vice*)
Morgan J. Feder (admitted *pro hac vice*)
Samuel Stelk (admitted *pro hac vice*)
DECHERT LLP
1095 Avenue of the Americas
New York, NY 10036
Telephone:  (212) 698-3608
Michael.Weiner@dechert.com

Barbara H. Wootton (admitted *pro hac vice*)
Wrede Smith (admitted *pro hac vice*)
Francesca Pisano (admitted *pro hac vice*)
ARNOLD & PORTER KAYE
SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, D.C. 20001
Telephone:  (202) 942-5000
Barbara.Wootton@apks.com

3

George C. Lombardi (6187715)
Brett A. Walker (6314212)
WINSTON & STRAWN LLP
35 W. Wacker Dr.
Chicago, IL 60601
Telephone: 312.558-6445
glombard@winston.com

*Counsel for Defendants*
*MONSANTO COMPANY*
*and PRECISION PLANTING LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I caused a true and correct copy of the foregoing to be served via ECF to all Parties.

Dated:  May 1, 2017

Respectfully Submitted,

/s/_____

Adam C. Speegle
U.S. Department of Justice
Antitrust Division, Litigation III Section
450 Fifth Street, NW #4000
Washington, D.C. 20530
Telephone:  (202) 616-5932
Facsimile:  (202) 514-7308
adam.speegle@usdoj.gov

*Counsel for Plaintiff United States of America*